UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 03459
  AIDA R DISMAYA
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

            Debtor
  SSN XXX-XX-7068
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/28/07 and confirmed on 08/09/07.

2. The case was dismissed after confirmation, 04/18/2008.

3. The Debtor paid a total of $ 6954.66 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | .00 | .00 | .00 |
| FIFTH THIRD BANK | SECURED | .00 | .00 | .00 |
| OGDEN POINTE AT WHEATLAN | SECURED | 1000.00 | .00 | 361.14 |
| WILL COUNTY TREASURER | SECURED | 3000.00 | .00 | 1300.00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 706.41 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 143.20 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 7488.59 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 655.10 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 373.39 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 719.24 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 296.74 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 777.47 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 980.27 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1663.83 | .00 | .00 |
| LORD & TAYLOR | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERISTY | UNSECURED | NOT FILED | .00 | .00 |
| FEDERATED MACYS | UNSECURED | 247.63 | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 338.89 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 622.28 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2137.20 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 618.39 | .00 | .00 |

```
FIFTH THIRD BANK           MORTGAGE ARRE     4320.70              .00         1735.40
     Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 8320.70          .00     17768.63           .00       26089.33
PRINCIPAL PAID     3396.54          .00          .00           .00        3396.54
INTEREST PAID          .00          .00          .00           .00             .00
TOTAL PAID         3396.54          .00          .00           .00        3396.54
```

The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   3000.00 and was paid $   3000.00 .

The Trustee received $    327.35 .

Refunds to the Debtor totaled $    230.77 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/10/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE